IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GRACE KRUG,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CV-24-19-H-JTJ<br><br>ORDER |

Having considered Defendant Allstate Fire and Casualty Insurance Company's ("Allstate") Motion to Exclude Experts (Doc. 23); Motion for Summary Judgment (Doc. 25); and Motion to Stay Discovery (Doc. 32); and Plaintiff Grace Krug's ("Krug") Rule 56(d)(1) Motion to Defer Consideration of Summary Judgment (Doc. 39), the related briefing (Docs. 24, 29, 34; 26, 35, 42; 33, 38, 43; 40, 45 and 49), and oral arguments on February 26, 2025, the Court, for the reasons stated on the record on February 26, 2025, **ORDERS** as follows:

1. Allstate's Motion to Exclude Experts (Doc. 23) is **DENIED** in part and **GRANTED** in part. Krug's retained expert, Dr. Michelle Donaldson, shall be allowed to testify to the contents of her written report. Krug's treatment providers, non-retained experts, are excluded from testifying. However, their treatment records and letters that were provided to Allstate in the underlying

1

action will be admissible.

2. Allstate's Motion for Summary Judgment (Doc. 25) is **DENIED**.

3. Allstate's Motion to Stay Discovery is **DENIED as moot**.

4. Krug's Rule 56(d)(1) Motion to Defer Consideration of Summary Judgment is **DENIED as moot.**

DATED this 27th day of February 2025.

_____
John Johnston
United States Magistrate Judge